ETHEL FABER, Appellant, v. LOUIS FABER, Respondent.—

No opinion. Appeal from order setting case for trial dismissed, without costs, as academic. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

LEWIS GOLD, Respondent, v. HERMAN J. GOLD, Appellant.—

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.